AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:25MJ149 |
| Joseph Ray Robertson | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 9, 2024 - May 13, 2024 _____ in the county of _____ Denton _____ in the
_____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of Minors with Intent To Engage in Criminal Sexual Activity. |

This criminal complaint is based on these facts:

See SA Keaton B. Henriksen FBI's affidavit attached hereto.

☑ Continued on the attached sheet.

_Keaton Henriksen (signature)_
_____
*Complainant's signature*

Special Agent Keaton B. Henriksen, FBI
_____
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic
means, pursuant to Fed. R. Crim. P. 41(d)(3).

_Aileen Goldman Durrett (signature)_    06/02/2025
                                        10:15 AM
Date:   06/02/2025
_____
*Judge's signature*

City and state:   Sherman, Texas

Hon. Aileen Goldman Durrett, U.S. Magistrate Judge
_____
*Printed name and title*